1  JEFFER MANGELS BUTLER & MITCHELL LLP
   MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
2  JULIA J. RIDER (Bar No. 67277), JRider@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3813
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendants WORLD OF JEANS & TOPS, a
   California corporation dba TILLY'S, and TILLY'S, INC., a
6  Delaware corporation

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | DEBORAH LYDDY, an individual, on behalf of herself and all others similarly situated, | CASE NO. 3:11-cv-02658-JM-NLS |
|---|---|---|
| 12 | | |
| 13 | Plaintiff, | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT FILED BY DEFENDANT WORLD OF JEANS & TOPS |
| 14 | v. | |
| 15 | WORLD OF JEANS & TOPS, a California corporation dba TILLY'S; TILLY'S, INC., a Delaware corporation; and DOES 1-100, inclusive, | |
| 16 | | Date:   January 9, 2012 |
| 17 | Defendants. | Time:   10:00 a.m.<br>Ctrm:   16, 5th Floor<br>Judge:  Honorable Jeffrey T. Miller |
| 18 | | NO ORAL ARGUMENT REQUESTED |

19

20          Pursuant to Federal Rule of Evidence 201(b), defendant World Of Jeans & Tops

21  ("WOJT") respectfully requests that the Court take judicial notice of the following document on the

22  grounds that the gift card forms the basis for all of Plaintiff's claims in her Complaint and should

23  therefore be incorporated by reference into the Complaint:

24          **Exhibit A**:  A gift card issued by Defendants.

25          As provided in Federal Rule of Evidence 201(b), "[a] judicially noticed fact must be

26  one not subject to reasonable dispute in that it is either (1) generally known within the territorial

27  jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources

28  whose accuracy cannot reasonably be questioned."

- 1 -    REQUEST FOR JUDICIAL NOTICE ISO MOTION TO
         DISMISS; Case No. 3:11-cv-02658-JM-NLS

Additionally, it is well-established that courts may take judicial notice of documents alleged in the complaint, but not attached to the complaint, when the authenticity of the documents is not in dispute. *See, e.g., Branch v. Tunnell*, 14 F.3d 449, 454 (9th. Cir. 1994), *overruled on other grounds by Galbraith v. County of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002) ("[D]ocuments whose contents are alleged in the complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a ... motion to dismiss."); *U.S. v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) ("Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claims."); *Singh v. Wells Fargo Bank, N.A.*, Case No. C-09-2035 SC, 2009 WL 2365881, at *1, n.2 (N.D. Cal. July 30, 2009) (taking judicial notice of Deed of Trust); *Tiqui v. First Nat'l Bank of AZ*, Case No. 09cv1750 BTM (BLM), 2010 WL 1345381, at *1 n.2 (S.D. Cal. Apr. 5, 2010) (granting judicial notice of deed of trust).

Accordingly, WOJT respectfully requests that this request for judicial notice be granted.

DATED: November 17, 2011           JEFFER MANGELS BUTLER & MITCHELL LLP


By: s/ Michael J. Hassen
    MICHAEL J. HASSEN
    Attorneys for Defendants World of Jeans & Tops
    and Tilly's, Inc.
    mjh@jmbm.com

# PROOF OF SERVICE BY MAIL

*Deborah Lyddy, et al. v. World of Jeans & Tops, et al.*

I am a citizen of the United States and I am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 17, 2011, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT FILED BY DEFENDANT WORLD OF JEANS & TOPS**

in a sealed envelope, postage fully paid, addressed as follows:

ATTORNEYS FOR PLAINTIFF DEBORAH LYDDY:

Derrick F. Coleman
Coleman Frost LLP
429 Santa Monica Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 576-7312
Facsimile: (310) 899-1016

Craig M. Nicholas
Alex M. Tomasevic
Nicholas & Butler, LLP
225 Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

1 |       I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on November 17, 2011, at San Francisco, California.

_____
KATHY WALKER